**EXHIBIT "A"**

Damages Calculation[1]

**Minimum Wage (FL 2025): $13.00/hr.**

**Overtime Rate: $19.50/hr.**

**Hours Worked:**

    Mon–Fri: 8.5 hours/day = 42.5 hours/week

    Two Saturdays: 4 hours each = 8 hours total

    Total period: 7.5 weeks

| Week Type | Weeks | Weekly Total | Subtotal |
|---|---|---|---|
| Regular weeks | 5.5 | $568.75 | $3,127.13 |
| Saturday weeks | 2 | $646.75 | $1,293.50 |

**Total unpaid wages:** $4,420.63

**Liquidated damages (mandatory):** $4,420.63

**Total owed:** $8,841.26

---

[1] At this time, Plaintiff has limited payroll records in his possession. Accordingly, Plaintiff estimates his damages and reserves the right to amend the calculations. The calculations set forth herein are only an estimate. The amount of his overtime damages will fluctuate once calculations are made week-by-week based on the time and payroll records. See Anderson v. Clemens Pottery Co., 328 U.S. 680, 687-88, 66 S.Ct. 1187, 1192-93 (1946).